**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

JEFFREY THOMPSON,

Defendant.

**Criminal No. 14-49 (CKK)**

**ORDER**
(August 1, 2016)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 1st day of August, 2016, hereby

**ORDERED** that the Government's [61] Motion for Leave to File Under Seal the Government's Addendum to its Memorandum in Aid of Sentencing and to File Portions of the Addendum *Ex Parte* is GRANTED IN PART and DENIED IN PART.  The Court DENIES the Government's request that the instant order and accompanying Memorandum Opinion be filed under seal.  Rather, the Court shall issue an unredacted version of the Memorandum Opinion to be filed under seal and a Redacted Memorandum Opinion to be placed on the public docket.  The Court GRANTS the Government's motion in all other respects; and it is further

**ORDERED** that the Government's [61-2] Sealed Addendum to Its Memorandum in Aid of Sentencing shall be entered on the docket *ex parte* and under seal until further Order of the Court; and it is further

**ORDERED** that the following documents shall be entered on the docket under seal, until further Order of the Court: the Government's [61] Motion for Leave to File Under Seal Its Addendum to Government's Memorandum in Aid of Sentencing and to File Portions of Its

Addendum *Ex Parte*; the Government's [61-3] Sealed Addendum to Its Memorandum in Aid of Sentencing (with redactions); and the accompanying unredacted Memorandum Opinion; and it is further

**ORDERED** that the accompanying Redacted Memorandum Opinion shall be placed on the public docket.

**SO ORDERED.**

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE