UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 14-049 (CKK) |
| ) | |
| JEFFREY E. THOMPSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court pursuant to the Consent Motion to Allow Defendant Jeffrey E. Thompson to Travel Outside the District of Columbia Metropolitan Area, filed by Defendant Jeffrey E. Thompson. *the government does not object. CKK* Upon consideration of the facts set forth in the consent motion and it appearing that the motion is unopposed, the motion is hereby **GRANTED**.

The conditions of supervised release entered on August 16, 2016 shall be temporarily modified to release Mr. Thompson's passport to him and to allow Mr. Thompson to travel to Jamaica from July 28, 2018 through August 8, 2018. Upon his return, Mr. Thompson shall promptly return his passport to Pretrial Services.

SO ORDERED this 18th day of July 2018.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge