UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JEFFREY E. THOMPSON, ) <br> ) <br> Defendant. ) <br> ) | Crim. No. 14-049 (CKK) |

ORDER

This matter comes before the Court pursuant to the Consent Motion to Allow Defendant Jeffrey E. Thompson to Travel Outside the District of Columbia Metropolitan Area, filed by Defendant Jeffrey E. Thompson. Upon consideration of the facts set forth in the consent motion and it appearing that the motion is unopposed, the motion is hereby **GRANTED**.

The conditions of supervised release entered on August 16, 2016 shall be temporarily modified to release Mr. Thompson's passport to him and to allow Mr. Thompson to travel to Jamaica from February 20, 2019 through February 28, 2019. Upon his return, Mr. Thompson shall promptly return his passport to Pretrial Services.

SO ORDERED this 11th day of February 2019.

Hon. Colleen Kollar-Kotelly
United States District Judge