PROB 35
(Rev 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Columbia

UNITED STATES OF AMERICA

v.                                              Crim. No.  1:14CR00049-001

Jeffrey E. Thompson                    A

On  August 15, 2016   the above named was placed on probation/supervised release for a period of  3   years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Andre Wilson
2019.05.15
15:58:25
-04'00'

U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  20th  day of  May , 20 19 .

United States District Judge